# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00466-CR

**Lester Ray Guy, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-10-302548, HONORABLE DAVID CRAIN, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's attorney has filed a fifth motion for extension of time to file a brief. We grant the motion, extending the deadline to October 14, 2013, but caution counsel that any further motions for extension of time will result in the abatement of this appeal for a hearing pursuant to rule 38.8(b).

It is ordered October 9, 2013.

Before Justices Puryear, Rose and Goodwin

Do Not Publish